IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01471-RPM-KMT

KAREN SMITH,

    Plaintiff,

v.

MEDICREDIT CORPORATION,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation of Dismissal [8] filed on September 7, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

DATED: September 9th, 2010

                BY THE COURT:

                s/Richard P. Matsch

                _____

                Richard P. Matsch, Senior District Judge